UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:22-cv-00577-SHK | Date: | July 6, 2022 |
|---|---|---|---|
| Title: | *Gracie Hubert v. United States Postal Service* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On April 4, 2022, Plaintiff Gracie Hubert ("Plaintiff") filed a Complaint naming the United States Postal Service as the Defendant ("USPS"). Electronic Case Filing Number ("ECF No.") 1. The case was randomly assigned to Magistrate Judge Shashi H. Kewalramani under the Direct Assignment of Civil Cases to Magistrate Judges Program in accordance with General Order 12-02. On April 5, 2022, the Court Clerk issued a summons as to Defendant USPS. ECF No. 6. Plaintiff's proof of service was due on or before July 3, 2022.

To date, Plaintiff has not filed proof of service or requested an extension of time to do so. Therefore, the Court is unable to determine the last date the parties have to file a statement of consent. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** no later than **July 13, 2022** why this Court should not recommend that the action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing a proof of service.

The parties are reminded that, for the above-entitled case to proceed with the assigned Magistrate Judge, they must file and serve joint or separate Consent form(s), indicating whether each party consents to have a Magistrate Judge assigned to this case. Plaintiff must file the Consent form within forty-two days after service of the summons and Complaint upon Defendant. Each defendant must file the Consent form within forty-two days after service of the summons and complaint upon that defendant. If the United States, an agency of the United States, or an officer or employee of the United States is a defendant, the government must file the Consent form within sixty days after service of summons and complaint upon each defendant. If one or both parties fails to consent to the case proceeding before the assigned Magistrate Judge within the prescribed time, the case automatically will be re-assigned.

**IT IS SO ORDERED.**